302 U.S. 744
 58 S.Ct. 146
 82 L.Ed. 575
 George W. GREEN, petitioner,
v.
The CITY OF STUART.*
 No. 480.
 Supreme Court of the United States
 November 8, 1937
 
 Mr. T. T. Oughterson, of Stuart, Fla., for petitioner.
 
 
 1
 For opinion below, see 91 F.(2d) 603.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 779, 58 S.Ct. 280, 82 L.Ed. ——.